# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TERRY GREATHOUSE,

    Plaintiff,

v.                                                                              No. 1:24-cv-1030 DLM/JFR

COMERICA BANK,

    Defendant.

## ORDER SETTING NEW TRIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Court hereby **VACATES** the previously scheduled trial scheduling conference. In its place, the Court will conduct a telephonic trial scheduling conference on **January 15, 2025**, **at 10:30 a.m. MST**. Counsel and pro se parties shall call **855-244-8681** and enter access code **2314 983 7724** to be connected to the telephonic status conference.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE